**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  **Aline Louise Jackson**                                  Case Number: **05-36815**
                                                                                       Chapter :   **13**

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**
_____

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____                                    **Amount of Dividend**
**Aline Louise Jackson**                                                     **$ 68.31**
**211-C Gay Street**
**Emporia, VA  23847**


**Dated: June 24, 2011**                                              \S\ Robert E. Hyman
                                                                                       _____
                                                                                       **(Signature of Trustee)**

                                                                                       **Robert E. Hyman**
                                                                                       **Standing Chapter 13 Trustee**
                                                                                       **P.O. Box 1780**
                                                                                       **Richmond, VA. 23218-1780**